1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | 2:16-MC-00058-WBS-AC |
|----|---------------------------|----------------------|
| 12 | Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| 13 | v. | |
| 14 | APPROXIMATELY $74,200.00 IN U.S. CURRENCY, | |
| 15 | | |
| 16 | Defendant. | |

17

18      It is hereby stipulated by and between the United States of America and potential claimant Eric

19  Rogers ("claimant"), by and through their respective counsel, as follows:

20      1.      On or about December 29, 2015, claimant filed a claim in the administrative forfeiture

21  proceeding with the Drug Enforcement Administration with respect to the Approximately $74,200.00 in

22  U.S. Currency (hereafter "defendant currency"), which was seized on or about September 3, 2015.

23      2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

24  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

25  person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other

26  than claimant has filed a claim to the defendant currency as required by law in the administrative

27  forfeiture proceeding.

28

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was March 28, 2016.

4. By Stipulation and Order filed March 24, 2016, the parties stipulated to extend to April 27, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to May 27, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 27, 2016.

Dated:  4/25/16                                        BENJAMIN B. WAGNER
                                                       United States Attorney

                                              By:      /s/ Kevin C. Khasigian
                                                       KEVIN C. KHASIGIAN
                                                       Assistant U.S. Attorney


Dated: 4/22/16                                         /s/ Joseph Shemaria
                                                       JOSEPH SHEMARIA
                                                       Attorney for potential claimant
                                                       Eric Rogers
                                                       (Authorized by phone)

**IT IS SO ORDERED**.

Dated:  April 29, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time