1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            |  2:16-MC-00058-WBS-AC

12              Plaintiff,               |  STIPULATION AND ORDER EXTENDING TIME
                                         |  FOR FILING A COMPLAINT FOR FORFEITURE
13       v.                              |  AND/OR TO OBTAIN  AN INDICTMENT
                                         |  ALLEGING FORFEITURE
14  APPROXIMATELY $74,200.00 IN U.S.     |
    CURRENCY,                            |
15                                       |
16              Defendant.               |

17

18       It is hereby stipulated by and between the United States of America and potential claimant Eric

19  Rogers ("claimant"), by and through their respective counsel, as follows:

20       1.      On or about December 29, 2015, claimant filed a claim in the administrative forfeiture

21  proceeding with the Drug Enforcement Administration with respect to the Approximately $74,200.00 in

22  U.S. Currency (hereafter "defendant currency"), which was seized on or about September 3, 2015.

23       2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

24  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

25  person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other

26  than claimant has filed a claim to the defendant currency as required by law in the administrative

27  forfeiture proceeding.

28

                                         1

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was March 28, 2016.

4.     By Stipulation and Order filed March 24, 2016, the parties stipulated to extend to April 27, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     By Stipulation and Order filed April 29, 2016, the parties stipulated to extend to May 27, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to June 27, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.     Accordingly, the parties agree that the deadline by which the United States shall be

///
///
///
///
///
///
///
///
///
///

2

1  required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

2  alleging that the defendant currency is subject to forfeiture shall be extended to June 27, 2016.

3  Dated:  5/25/16                              BENJAMIN B. WAGNER
                                               United States Attorney
4

5                                    By:      /s/ Kevin C. Khasigian
                                               KEVIN C. KHASIGIAN
6                                              Assistant U.S. Attorney

7

8  Dated: 5/24/16                              /s/ Joseph Shemaria
                                               JOSEPH SHEMARIA
9                                              Attorney for potential claimant
                                               Eric Rogers
10                                             (Authorized by phone)

11

12         **IT IS SO ORDERED**.

13  Dated:  May 25, 2016

14                                    _____
                                      WILLIAM B. SHUBB
15                                    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

3