PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $74,200.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 2:16-MC-00058-WBS-AC<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |

　　　　It is hereby stipulated by and between the United States of America and potential claimant Eric Rogers ("claimant"), by and through their respective counsel, as follows:

　　　　1.　　On or about December 29, 2015, claimant filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $74,200.00 in U.S. Currency (hereafter "defendant currency"), which was seized on or about September 3, 2015.

　　　　2.　　The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

1

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was March 28, 2016.

4. By Stipulation and Order filed March 24, 2016, the parties stipulated to extend to April 27, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed April 29, 2016, the parties stipulated to extend to May 27, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed May 25, 2016, the parties stipulated to extend to June 27, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to July 27, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. Accordingly, the parties agree that the deadline by which the United States shall be

///
///
///
///
///
///

required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to July 27, 2016.

Dated: 6/23/16

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 6/22/16

/s/ Joseph Shemaria
JOSEPH SHEMARIA
Attorney for potential claimant
Eric Rogers
(Authorized by email)

**IT IS SO ORDERED**. STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND CORRESPONDING DEADLINES

[L.R. 144]

Dated: June 24, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE